762 A.2d 1081

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF TRANSPORTATION, BUREAU OF DRIVER LICENSING, Petitioner,**

v.

**Ursula Lisbeth HOOK, Respondent.**

Supreme Court of Pennsylvania.

Nov. 1, 2000.

## *ORDER*

PER CURIAM:

AND NOW, this 1st day of November, 2000, the Petition for Allowance of Appeal is hereby **GRANTED,** the order of the Commonwealth Court is reversed and the case is remanded for proceedings consistent with *Commonwealth of Pennsylvania, Department of Transportation v. McCafferty,* 563 Pa. 146, 758 A.2d 1155 (2000).